IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CARRIE ANNE BECKER, | Case No. 1:20-cv-00143-DCN-REB |
| Petitioner, | **ORDER GRANTING REPORT and RECOMMENDATION** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Respondent. | |

Petitioner initiated this action on March 23, 2020. Dkt. 1. After assignment to the undersigned, the matter was referred to Chief United States Magistrate Judge Ronald E. Bush on April 17, 2020. Dkt. 8.

On December 23, 2020, the parties filed a Stipulated Motion for Remand, stipulating that the case be reversed and remanded to the Commissioner of Social Security for further development of the record, a new hearing, and a new decision by a different administrative law judge (ALJ) regarding Petitioner's application for disability insurance benefits under Title II of the Social Security Act. Dkt. 23

On December 28, 2020, Judge Bush issued a Report and Recommendation ("Report") recommending that the undersigned grant the parties' Stipulated Motion for Remand. Dkt. 24

Good cause appearing, the Court adopts Judge Bush's Report in its entirety, GRANTS the Motion to Remand, and orders as follows:

ORDER GRANTING REPORT AND RECOMMENDATION - 1

1. The Commissioner's decision in regard to Petitioner's application for disability insurance benefits and supplemental security income under Title II of the Social Security Act be REMANDED to the Commissioner of Social Security for a new hearing and decision by an administrative law judge (ALJ).

2. The case shall be remanded to a different Administrative Law Judge who will offer Petitioner an opportunity for a new hearing. On remand, the ALJ will reassess the opinion evidence from Dr. Turner, reassess Petitioner's symptom allegations, and continue with the sequential evaluation process, obtaining updated evidence from a vocational expert as necessary.

3. This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation to this Court, Petitioner will be entitled to reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED: December 29, 2020

David C. Nye
Chief U.S. District Court Judge